Order issued March 29, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-01340-CR

---

### KEITH DESHUN SMITH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Francis, Lang, and Evans

Based on the Court's opinion of this date, we **GRANT** the November 15, 2012 motion of George R. Conkey for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove George R. Conkey as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Keith DeShun Smith, No. 1815858, Middleton Unit, 13055 FM 3522, Abilene, Texas, 79601.

DOUGLAS S. LANG
JUSTICE